# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

October 16, 2023

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA 23219

Re: Josh Stein, Attorney General of North Carolina, et al.
v. People for the Ethical Treatment of Animals, Inc., et al.
No. 22-1150
(Your No. 20-1776, 20-1777, 20-1807)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk